ORDERED.

Dated: January 10, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

IN RE:                                                                 CASE NO.: 6:18-bk-06835-KSJ
                                                                                      CHAPTER 7
Reshma K. Persaud-Decruiz,

  Debtor.
_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS CASE came on consideration without a hearing on Provident Funding Associates, L.P.'s ("Secured Creditor") Motion for Relief from Stay (Docket No. 9). No appropriate response has been filed in accordance with Local Rule 2002-4. Accordingly, it is:

**ORDERED:**

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.
2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 6529 La Jolla Street, Orlando, FL 32818, in Orange County, Florida, and legally described as:

1

Northwest ¼ of Section 25, Township 22 South, Range 28 East, Orange County, Florida. Less the South 182.8 Feet and less the West 235 Feet thereof. Also the East 15 Feet of the West 235 Feet of the Northeast ¼ of the Southeast 1/4 of the Northwest ¼ of the Northwest ¼ of Section 25, Township 22 South, Range 28 East, Orange County, Florida. Less Roadway on South.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).

4. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

###

Attorney, Nathalie Rodriguez, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.